398 A.2d 657

TOWNSHIP OF NORTH FAYETTE

v.

COUNTY OF ALLEGHENY and Donald Berman, Individually and as the Director of the Allegheny County Department of Works.

Appeal of COUNTY OF ALLEGHENY.

Supreme Court of Pennsylvania.

Argued March 6, 1979.

Decided March 14, 1979.

Alexander J. Jaffurs, County Sol., Robert S. Barker, Asst. County Sol., Pittsburgh, for appellant.

Larry P. Gaitens, Lucchino, Gaitens & Hough, Pittsburgh, for appellee.

Donald Berman, pro se.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.